FILED
DEC 1 4 2011
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VICTOR CHAHINE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ERIC HOLDER JR., et al.<br><br>　　　　Respondents. | Case No. CV 11-5810-CAS (MLG)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Petition, the records on file and the Report and Recommendations of the United States Magistrate Judge. The Court has also conducted a *de novo* review of those portions of the Report and Recommendations to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

Dated: December 14, 2011

　　　　　　　　　　　　　　　　　　Christina A. Snyder
　　　　　　　　　　　　　　　　　　United States District Judge