JS-6 /ENTER

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 1 4 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

FILED

DEC 1 4 2011

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| VICTOR CHAHINE,              ) | Case No. CV 11-5810-CAS (MLG) |
|                 )            | |
|            Petitioner,   )   | JUDGMENT |
|                 )            | |
|      v.             )        | |
|                 )            | |
| ERIC HOLDER JR., et al.   )  | |
|                 )            | |
|            Respondents.   )  | |
| _____ )  | |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: December 14, 2011

*Christina A. Snyder*

_____
Christina A. Snyder
United States District Judge