JS-6/ENTER

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 14 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                  DEPUTY

FILED
DEC 14 2011
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY                  DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| VICTOR CHAHINE,<br><br>    Petitioner,<br><br>v.<br><br>ERIC HOLDER JR., et al.<br><br>    Respondents. | Case No. CV 11-5810-CAS (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: December 14, 2011

_Christina A. Snyder_
Christina A. Snyder
United States District Judge